IN THE COUNTY COURT OF JACKSON COUNTY
JACKSON COUNTY, MISSISSIPPI

JEFFERY L. SIMONS and
AUDREY SIMONS                                                              PLAINTIFFS

VS.                                                              CAUSE NO.: CO2008-21370

STATE FARM FIRE AND CASUALTY
COMPANY                                                                    DEFENDANT

[FILED FEB 11 2009 JOE W. MARTIN, JR., CLERK D.C.]

## CERTIFICATE OF COUNTY COURT CLERK

I hereby certify that the attached documents consisting of __15__ pages represent any and all pleadings and papers filed in the office of the County Court of Jackson County, Mississippi, in the above referenced matter as of the date of this Certificate.

SO CERTIFIED, this the __11__ day of February, 2009.

JOE W. MARTIN, JR.,
JACKSON COUNTY COURT CLERK

Joe W. Martin Jr.
BY: _____
        Deputy Clerk

(SEAL OF COURT)

EXHIBIT "A"



# MISSISSIPPI INSURANCE DEPARTMENT

501 N. WEST STREET, SUITE 1001
WOOLFOLK BUILDING
JACKSON, MISSISSIPPI 39201
www.doi.state.ms.us

**MIKE CHANEY**
Commissioner of Insurance
State Fire Marshal

MAILING ADDRESS
Post Office Box 79
Jackson, Mississippi 39205-0079
TELEPHONE: (601) 359-3569
FAX: (601) 359-2474
WATS: 1-800-562-2957 (Incoming - USA)

January 15, 2009

FILED
JAN 20 2009
JOE W. MARTIN, JR., CLERK
BY _____

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7008 1830 0000 5262 4620

State Farm Fire and Casualty Company
c/o William E. Penna
1080 River Oaks Drive, Suite B-100
Flowood, MS 39232 7644

RE: NO. C02008-21370
Jeffery L. Simons and Audrey Simons vs State Farm Fire and Casualty Company in the County Court of Jackson County, Mississippi

Dear Sir/Madam:

Please find enclosed copy of summons, complaint, and accompanying pleadings, if any, which were served on this office on January 15, 2009, by First Class Mail.

It is requested that immediately upon your receipt of this letter you shall give written acknowledgment of your receipt of same to this office, which shall be in addition to the U. S. Postal Return Receipt which was given at time this article was delivered.

Sincerely,

MIKE CHANEY
COMMISSIONER OF INSURANCE

BY _Carol Parvin_
Carol Parvin
Administrative Assistant and
Legal Process Clerk

MC/cp
Enclosures
pc: The Honorable Joe W. Martin

IN THE COUNTY COURT OF JACKSON COUNTY, MISSISSIPPI

**FILED**

JEFFERY L. SIMONS and
AUDREY SIMONS                         DEC 1 0 2008           PLAINTIFFS

versus                                JOE W. MARTIN, JR. CLERK
                                      BY _____ NO. CO2008-2130
                                                    1618-P

STATE FARM FIRE AND CASUALTY COMPANY           DEFENDANT

### AMENDED COMPLAINT
(Jury Trial Demanded)

COMES NOW the Plaintiffs JEFFERY L. SIMONS and AUDREY SIMONS and files this their Complaint against the Defendant STATE FARM FIRE AND CASUALTY COMPANY, in support of which they would show as follows:

1.  The Plaintiffs JEFFERY L. SIMONS and AUDREY SIMONS are adult resident citizens of the State of California, owning that real property situated within Jackson County, Mississippi, that is the subject of this litigation

2.  The Defendant STATE FARM FIRE AND CASUALTY COMPANY is a corporation organized and existing under the laws of the State of Illinois, and it may be served with process in the manner prescribed by law.

3.  This Court has jurisdiction over both the Parties and the matters at controversy herein, as the Plaintiffs specifically limit their monetary claims to Seventy-five Thousand Dollars ($75,000) or less.

4.  During all times relevant to this litigation, the Plaintiffs maintained insurance coverage with the Defendant on the following four (4) rental properties in Jackson County:

a. the residence and all appurtenances thereto situated at 6900 Gregory Drive, Biloxi, MS 39532, and insured through Policy Number 99-CR-5108 (also listed as Policy Number 24-CE-3915-8) issued by the Defendant; and

b. three (3) townhouse residences and all appurtenances thereto, being Units B2-1, B2-2 and B2-4, situated at 15300 Dismuke Avenue, Biloxi, MS 39532, and insured through Policy Number 99-CE-5131 issued by the Defendant.

5. Additionally, the Plaintiffs maintained flood insurance coverage on the three (3) townhouses referenced herein at Paragraph 4(b), with the flood insurance coverages being referenced in Policies 24-RC-2339-5, 24-RC-2340-7 and 24-RC-2341-9 issued by the Defendant.

6. On August 29, 2005, as a direct and proximate result of Hurricane Katrina, all four (4) of the Plaintiffs' insured properties suffered wind and hurricane related damages that were compensable under Policy Numbers 99-CR-5108 and 99-CE-5131.

7. Additionally, the three (3) townhouses referenced herein at Paragraph 4(b) sustained additional flood damage, which was compensable under the flood insurance coverage referenced in Policies 24-RC-2339-5, 24-RC-2340-7 and 24-RC-2341-9 issued by the Defendant.

8. The Plaintiffs did provide the Defendant with timely notice of his losses and claims, with the Defendant assigning Claim Number 24-Z446-029 to

the claim for damages sustained at 6900 Gregory Drive, and Claim Number 24-Z446-058 being assigned to the claim for damages sustained to the three (3) townhouses located at 15300 Dismukes Avenue.

9. Subsequent to the inspection and adjustment of the Plaintiffs' losses sustained to the foregoing properties, the Defendant advised the Plaintiffs during early October 2005 that flood damage to the here (3) townhouses was compensable under the flood insurance coverage provided in Policies 24-RC-2339-5, 24-RC-2340-7 and 24-RC-2341-9, however, the Defendant failed to fully compensate the Plaintiffs for their claims of wind damage to either the three (3) townhouses or the residence at 6900 Gregory Drive, or the contents therein, as referenced under the wind coverage in Policy Numbers 99-CR-5108 and 99-CE-5131, and that the Defendant's objection to paying the Plaintiffs for these compensable damages constituted a breach of the insurance contract by the Defendant, with said breach of contract occurring on or after October 3, 2005.

10. Further, the Plaintiffs assert that the Defendant did not fully compensate them for all loss of rent claims covered by all of the aforesaid policies, to-wit, Policies 24-RC-2339-5, 24-RC-2340-7, 24-RC-2341-9, 99-CR-5108 or 99-CE-5131, and that the Defendant's objection to paying the Plaintiffs for these compensable damages constituted a breach of the insurance contract by the Defendant, with said breach of contract occurring on or after October 3, 2005.

11. The Plaintiffs assert that the Defendant's determination that there was no or minimal wind damage to their three (3) townhouses referenced herein was erroneous, as the Defendant re-evaluated the claims of an adjoining townhouse owner (Mary Hargrove) and determined that the townhouses in this complex sustained substantial wind damage before the flood waters rose.

12. The Plaintiffs assert that, based upon the Defendant's flawed findings referenced in Paragraph 11, the Defendant was equally flawed in its determination that no wind or minimal damage was sustained by the residence at 6900 Gregory Drive, which is in near proximately to the townhouses referenced herein.

13. The Defendant has paid the Plaintiffs the following sums under the foregoing claims and insurance policies:

| | | |
|---|---|---|
| a. | Structure damage (4/11/2006) | $6774.85 |
| b. | Loss of rent (1/27/2006) | $12,845 |
| c. | Loss of rent (3/9/2006) | $2569 |

14. By failing to pay the Plaintiffs' compensable claims for damage and losses under the foregoing claims and insurance policies, the Defendant did breach its insurance contracts on or after October 3, 2005, with the Plaintiffs hereby making demand for all damages resulting from the Defendant's breach of the afore-referenced insurance contract through its failure to pay the Plaintiffs' compensable claims.

WHEREFORE, PREMISES CONSIDERED, the Plaintiffs make claim against the Defendant for its breach of contract due to its failure to pay all compensable wind or related damages, loss of rents, and any other unpaid losses sustained to his properties as described herein and adjusted by the Defendant under Claim Numbers 24-Z446-741 and 24-Z446-739, or otherwise covered under Policies 24-RC-2339-5, 24-RC-2340-7, 24-RC-2341-9, 99-CR-5108 or 99-CE-5131.

This the 24th day of November, 2008.

_____
BLEWETT W. THOMAS

Blewett William Thomas
MSB #8116
PO Box 7706
Gulfport, MS 39506
(228) 863-4800

# CIVIL CASE DISPOSITION REPORT

IN THE <u>COUNTY</u> COURT OF <u>JACKSON</u> COUNTY, MISSISSIPPI
<u>1ST</u> JUDICIAL DISTRICT, CITY OF <u>PASCAGOULA</u>

DOCKET NO <u>2008-21370</u>  <u>     30     </u>   DOCKET NO. IF FILED PRIOR TO 1/1/94

FILE YR   CHRONOLOGICAL NO   CLERKS LOCAL ID

DISPOSITIVE OF ALL PARTIES? <u>X</u> YES  __ NO, Only the following Party(ies)_____

____No, only the following Attorney(s)_____
Name                                    Bar No.

Enter Ruling Judge Bar No. <u>07314</u>   Or Ruling Judge Name  <u>Honorable T. Larry Wilson</u>

Date Of Disposition <u>12-1-08</u>
                     Month  Day  Year

Action ____Ruling on           ____Ex Parte                  ____Temporary Hearing
        Motion                  ____Settlement Conference    ____Pre-Trial Conference
       ____Contempt/Modification ____Discovery other than    ____Bench Trial
       ____Case Administration       Motion
       ____Jury Trial           ____Mediation Ordered

Damages Awarded:           Compensatory: $_____   Punitive: _____

. St Amount or Range Letter:
Range A:= 1 - $500  Range B: = $501- $1,000   Range C: = $1,001-10,000  Range D:=$10,001- 50,000  Range E:=$50,001-100,000
Range F:= $100,000-500,000       Range G:=$500,000-1,000,000            Range H:=$1,000,000+   Range 0:=-0-

Method of Disposition:

____Default Judgment            ____Final Judgment/Decree        ____Bankruptcy Discharged
____Summary Judgment            ____Judgment by Stipulation      ____Estate Closed
____Dismissed without Prejudice ____Agreed Judgment              ____Fiduciary Appointed
____Dismissed with Prejudice    ____Orig. Judgment Modified      ____Guardian/Conservatorship
____Dismissed, Lack of Prosec   ____Vacating Previous Ruling         Appointed
____Dismissed by Agreement      ____New Trial Granted            ____Protective Order (Check if
____Change of Venue             ____Foreign Judgment Closed           Domestic Violence)
____Transferred                 ____Satisfaction of Judgment     ____Commitment
✓ Removed to Federal Court      ____Drivers License Reins./Hard  ____Garnishment issued
____Writ Issued                     Canceled                     ____Garnishment Abeyance Order
____Affirmed on Appeal          ____Order Of Mediation               Issued
____Not Entered Yet             ____Other(List) <u>Dismissal Of</u>  ____Garnishment Canceled:
                                                                     Bankruptcy
                                                                 ____Letters Rogatory
                                                                 ____Case Consolidation

**Was Child Support ordered in the disposition of the current matter?** ____Yes   <u>X</u> No
If "Yes" was checked, make sure that Child Support Information Sheet was completed and submitted with the Civil Case Filing Form.

IN THE COUNTY COURT OF JACKSON COUNTY, MISSISSIPPI

JEFFREY L. SIMONS and
AUDREY SIMONS                    PLAINTIFF

VERSUS                                                 CAUSE NO. 2008-21370

STATE FARM FIRE AND CASUALTY COMPANY        DEFENDANT

### ORDER OF RECUSAL

THIS MATTER is before the Court ex mero motu on consideration by the Court that a Special Judge be appointed to hear the proceedings in the above styled and numbered causes due to the fact that these judges or their family members had damages during the hurricane.

The Court, therefore, finds that the recusal is proper in light of the Code of Judicial Conduct and that they, T. Larry Wilson and Sharon Sigalas, shall recuse themselves from hearing this cause and would request the Court to appoint the Honorable James D. Bell to hear the above referenced cause, pursuant to appropriate Sections of the Mississippi Code of 1972, as Annotated and Amended.

IT IS THEREFORE ORDERED AND ADJUDGED that the undersigned County Court Judges hereby recuse themselves in the above styled and numbered cause.

SO ORDERED AND ADJUDGED, this the 19th day of November, 2008.

_____
T. LARRY WILSON
County Court Judge

_____
SHARON SIGALAS
County Court Judge

## IN THE COUNTY COURT OF JACKSON COUNTY, MISSISSIPPI

JEFFERY L. SIMONS and
AUDREY SIMONS                                    PLAINTIFFS

VERSUS                                           NO. CO2008-21370

STATE FARM FIRE AND CASUALTY COMPANY             DEFENDANT

### SUMMONS

THE STATE OF MISSISSIPPI

TO:   STATE FARM FIRE AND CASUALTY COMPANY

NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand deliver a copy of a written response to the Complaint to Blewett W. Thomas, the attorney for the Plaintiff, whose post office address is PO Box 7706, Gulfport, MS 39506. Your response must be mailed or delivered within (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint. You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this ___17___ day of ___Nov___, 2008.

_____
Deputy Clerk

IN THE COUNTY COURT OF JACKSON COUNTY, MISSISSIPPI

JEFFERY L. SIMONS and
AUDREY SIMONS                                                          PLAINTIFFS

FILED
OCT 0 2 2008
JOE W. MARTIN, JR., CLERK
By _____ D.C.

versus                                                         No. CO2008-21370

STATE FARM FIRE AND CASUALTY COMPANY           DEFENDANT

## COMPLAINT
(Jury Trial Demanded)

COMES NOW the Plaintiffs JEFFERY L. SIMONS and AUDREY SIMONS and files this their Complaint against the Defendant STATE FARM FIRE AND CASUALTY COMPANY, in support of which they would show as follows:

1.  The Plaintiffs JEFFERY L. SIMONS and AUDREY SIMONS are adult resident citizens of the State of California, owning that real property situated within Jackson County, Mississippi, that is the subject of this litigation

2.  The Defendant STATE FARM FIRE AND CASUALTY COMPANY is a corporation organized and existing under the laws of the State of Illinois, and it may be served with process in the manner prescribed by law.

3.  This Court has jurisdiction over both the Parties and the matters at controversy herein, as the Plaintiffs specifically limit their monetary claims to Seventy-five Thousand Dollars ($75,000) or less.

4.  During all times relevant to this litigation, the Plaintiffs maintained insurance coverage with the Defendant on the following four (4) rental properties in Jackson County:

a. the residence and all appurtenances thereto situated at 6900 Gregory Drive, Biloxi, MS 39532, and insured through Policy Number 99-CR-5108 (also listed as Policy Number 24-CE-3915-8) issued by the Defendant; and

b. three (3) townhouse residences and all appurtenances thereto, being Units B2-1, B2-2 and B2-4, situated at 15300 Dismuke Avenue, Biloxi, MS 39532, and insured through Policy Number 99-CE-5131 issued by the Defendant.

5. Additionally, the Plaintiffs maintained flood insurance coverage on the three (3) townhouses referenced herein at Paragraph 4(b), with the flood insurance coverages being referenced in Policies 24-RC-2339-5, 24-RC-2340-7 and 24-RC-2341-9 issued by the Defendant.

6. On August 29, 2005, as a direct and proximate result of Hurricane Katrina, all four (4) of the Plaintiffs' insured properties suffered wind and hurricane related damages that were compensable under Policy Numbers 99-CR-5108 and 99-CE-5131.

7. Additionally, the three (3) townhouses referenced herein at Paragraph 4(b) sustained additional flood damage, which was compensable under the flood insurance coverage referenced in Policies 24-RC-2339-5, 24-RC-2340-7 and 24-RC-2341-9 issued by the Defendant.

8. The Plaintiffs did provide the Defendant with timely notice of his losses and claims, with the Defendant assigning Claim Number 24-Z446-029 to

the claim for damages sustained at 6900 Gregory Drive, and Claim Number 24-Z446-058 being assigned to the claim for damages sustained to the three (3) townhouses located at 15300 Dismukes Avenue.

9. Subsequent to the inspection and adjustment of the Plaintiffs' losses sustained to the foregoing properties, the Defendant advised the Plaintiffs during early October 2005 that flood damage to the here (3) townhouses ~~was compensated~~ under the flood insurance coverage provided in Policies 24-RC-2339-5, 24-RC-2340-7 and 24-RC-2341-9, however, the Defendant ~~failed to BT~~ fully compensate the Plaintiffs for their claims of wind damage to either the three (3) townhouses or the residence at 6900 Gregory Drive, or the contents therein, as referenced under the wind coverage in Policy Numbers 99-CR-5108 and 99-CE-5131.

10. Further, the Plaintiffs assert that the Defendant did not fully compensate them for all loss of rent claims covered by all of the aforesaid policies, to-wit, Policies 24-RC-2339-5, 24-RC-2340-7, 24-RC-2341-9, 99-CR-5108 or 99-CE-5131.

11. The Plaintiffs assert that the Defendant's determination that there was no or minimal wind damage to their three (3) townhouses referenced herein was erroneous, as the Defendant re-evaluated the claims of an adjoining townhouse owner (Mary Hargrove) and determined that the townhouses in this complex sustained substantial wind damage before the flood waters rose.

12. The Plaintiffs assert that, based upon the Defendant's flawed findings referenced in Paragraph 11, the Defendant was equally flawed in its

determination that no wind or minimal damage was sustained by the residence at 6900 Gregory Drive, which is in near proximately to the townhouses referenced herein.

WHEREFORE, PREMISES CONSIDERED, the Plaintiffs make claim against the Defendant for all uncompensated wind or related damages, loss of rents, and any other unpaid losses sustained to his properties as described herein and adjusted by the Defendant under Claim Numbers 24-Z446-741 and 24-Z446-739, or otherwise covered under Policies 24-RC-2339-5, 24-RC-2340-7, 24-RC-2341-9, 99-CR-5108 or 99-CE-5131.

This the 1st day of October, 2008.

_____
BLEWETT W. THOMAS

Blewett William Thomas
MSB #8116
PO Box 7706
Gulfport, MS 39506
(228) 863-4800

# COVER SHEET
## Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court
Administrative Office of Courts

Form AOC/01 (Revised 5/11/2000)

**Court Identification**

| Docket Number | | | Case Year | Docket Number |
|---|---|---|---|---|
| 30 | CO | | 2008 | 21370 |
| County # | Judicial District | Court ID (CH, CI, CO) | | |
| | | | | Local Docket ID |

Month: 1  Date: 02  Year: 08
*This area to be completed by Clerk*

Case Number if filed prior to 1/1/94: _____

In the **County** Court of **Jackson** County

Short Style of Case: **Simoneaux**
Party Filing Initial Pleading: Type/Print Name: **Diamond Fisher**    MS Bar No. **8116**
___ Check (✓) if Not an Attorney    ___ Check (✓) if Pro Hac Vice Signature
Compensatory Damages Sought: **$75,000**    Punitive Damages Sought: **No**
Is Child Support contemplated as an issue in this suit?  ___ Yes  **✓** No    *If "yes" is checked, please submit a completed Child Support Information Sheet with Final Decree/Judgment*

**PLAINTIFF** - PARTY(IES) INITIALLY BRINGING SUIT SHOULD BE ENTERED FIRST (FIRST NAME IN SHORT STYLE) - ENTER ADDITIONAL PLAINTIFFS ON SEPARATE FORM

Individual: **Simoneaux**, **Jackey**  Middle Init. _____   Jr/Sr/III/IV _____
Address of Plaintiff: **225 32nd Ave, [illegible], MS 39501**

___ Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____
___ Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A / Agency _____
Business _____
___ Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A: _____

**DEFENDANT** - NAME OF DEFENDANT (FIRST NAME IN SHORT STYLE) - ENTER ADDITIONAL DEFENDANTS ON SEPARATE FORM

Individual: Last Name _____ First Name _____ Maiden Name _____ Middle Init. _____ Jr/Sr/III/IV _____
___ Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of **Address** _____
___ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A / Agency _____
Business: **State Farm Fire & Casualty Co.**
___ Check (✓) if Business Defendant is filing suit in the name of an entity other than the above, and enter below:
D/B/A: _____

Attorney for this Defendant: _____ Bar No. Or Name: _____ Pro Hac Vice (✓) _____

*In left hand column, check one (1) box that best describes the nature of this suit. In right hand column check all boxes which indicate secondary claims.*

**Business/Commercial**
- Accounting (Business)
- Bankruptcy
- Business Dissolution - Corporation
- Business Dissolution - Partnership
- Debt Collection
- Employment
- Examination of Debtor
- Execution
- Foreign Judgment
- Garnishment
- Pension
- Receivership
- Replevin
- Stockholder Suit
- Other _____

**Domestic Relations**
- Child Custody/Visitation
- Child Support
- Contempt
- Divorce: Fault
- Divorce: Irreconcilable Differences
- Domestic Abuse
- Emancipation
- Modification
- Paternity
- Property Division
- Separate Maintenance
- Termination of Parental Rights
- UIFSA (formerly URESA)
- Other _____

**Contract**
- [✓] Breach of Contract
- Installment Contract
- Insurance
- Product Liability under Contract
- Specific Performance
- Other _____

**Probate**
- Accounting (Probate)
- Birth Certificate Correction
- Commitment
- Conservatorship
- Guardianship
- Heirship
- Intestate Estate
- Minor's Settlement
- Muniment of Title
- Name Change
- Power of Attorney
- Testate Estate
- Will Contest
- Other _____

**Statutes/Rules**
- Bond Validation
- Civil Forfeiture
- Declaratory Judgment
- ERISA
- Eminent Domain
- Extraordinary Writ
- Federal Statutes
- Injunction or Restraining Order
- Municipal Annexation
- Racketeering (RICO)
- Railroad
- Seaman
- Other _____

**Appeals**
- Administrative Agency
- County Court
- Hardship Petition (Driver License)
- Justice Court
- MS Employmt Security Comm'n
- Municipal Court
- Oil & Gas Board
- Workers' Compensation
- Other _____

**Children and Minors - Non-Domestic**
- Adoption - Noncontested
- Consent to Abortion for Minor
- Removal of Minority

**Torts-Personal Injury**
- Bad Faith
- Fraud
- Loss of Consortium
- Malpractice - Legal
- Malpractice - Medical
- Negligence - General
- Negligence - Motor Vehicle
- Products Liability
- Wrongful Death
- Other _____

**Mass Tort**
- Asbestos
- Chemical Spill
- Dioxin
- Hand/Arm Vibration
- Hearing Loss
- Radioactive Materials
- Other _____

**Real Property**
- Adverse Possession
- Ejectment
- Eminent Domain
- Judicial Foreclosure
- Lien Assertion
- Partition
- Receiver Appointment
- Tax Sale: Confirmation/Cancellation
- Title, Boundary &/or Easement
- Other _____

**Civil Rights**
- Elections
- Habeas Corpus
- Post Conviction Relief
- Prisoner
- Other _____

**Beaver, Stephanie G** .......... (601) 664-2446
Steen & Beaver PLLC
2630 Courthouse Cir Ste A
P O Box 321257
Flowood, MS 39232
Fax: (601) 982-3601

**Beavers, Thomas Dale II** ........ (601) 296-0420
Attorney at Law
2556 Old Hwy 24
P O Box 15082
Hattiesburg, MS 39404-5082
Fax: (601) 296-0420
Email: attybeavers@hotmail.com

**Beck, Michael E** .............. (813) 222-1800
Murray Marin & Herman
101 E Kennedy Blvd Ste 1810
Tampa, FL 33602
Fax: (813) 222-1801

**Beck, Sidney F Jr** ............. (662) 895-7555
Beck Law Firm
9086 Pigeon Roost Rd Ste 107
P O Drawer 1310
Olive Branch, MS 38654-0970
Fax: (662) 895-9717
Email: becklawfirm@centurytel.net

**Beck, William Harold Jr** ........ (304) 536-3817
P O Box 673
White Sulphur Springs, WV 24986

**Becker, Charles A Jr** .......... (662) 281-8929
Attorney at Law
266 Court St
Water Valley, MS 38965
Fax: (662) 281-1314

**Becker, James A Jr** ........... (601) 948-6470
Watkins & Eager
400 E Capitol St Ste 300
P O Box 650
Jackson, MS 39205-0650
Fax: (601) 965-1901
Email: jbecker@watkinseager.com

[several entries obscured by dark smudge]

**Beesley, Walter Fred** .......... (601) 384-2733
Graves & Beesley
262 Olive St
P O Box 607
Meadville, MS 39653
Fax: (601) 384-5568
Email: waltbeesley@yahoo.com

**Begley, Samuel L** .............. (601) 969-5545
Begley Law Firm
123 N State St
P O Box 287
Jackson, MS 39205-0287
Fax: (601) 969-5547
Email: sbegley1@bellsouth.net

**Begley, Steven H** .............. (601) 605-6900
Wells Marble & Hurst
300 Concourse Blvd Ste 200
P O Box 131
Jackson, MS 39205-0131
Fax: (601) 605-6901
Email: sbegley@wellsmar.com

**Behrens, Kenneth Bernard** ...... (662) 843-3346
Office of the Circuit Ct
200 S Court St 3rd Fl
P O Drawer 478
Cleveland, MS 38732
Fax: (662) 846-2930
Email: lawclerk11@bellsouth.net

**Beissel, Steffanie Graves** ...... (410) 693-7863
1780 Lasalle Pl
Severn, MD 21144
Email: sa_graves@yahoo.com

**Belcher, Rowe M III** ........... (601) 957-7777
Southern Farm Bureau
1800 E County Line Rd
P O Box 1800
Ridgeland, MS 39158-1800
Fax: (601) 957-4329

**Belk, Fred M Jr** ............... (662) 252-4736
Belk Law Firm
P O Box 307
Holly Springs, MS 38635-0307
Fax: (662) 252-4738
Email: fmbjr321@yahoo.com

**Belk, W Dean** ................. (662) 887-3312
Clark Davis & Belk
200 2nd St
Indianola, MS 38751
Fax: (662) 887-3314
Email: belklaw@bellsouth.net

**Bell, Brehm Thomas** ............ (228) 467-0006
Attorney at Law
544 Main St
Bay St Louis, MS 39520
Fax: (228) 466-9233
Email: brehmbell@aol.com

**Bell, Clarence R** .............. (704) 814-3540
Family Dollar Stores Inc
P O Box 1017
Charlotte, NC 28201-1017
Fax: (704) 841-9603
Email: cbell66440@aol.com

**Bell, David O** ................. (662) 234-5058
Attorney at Law
1107 Jefferson Ave
P O Box 1504
Oxford, MS 38655-1504
Fax: (662) 234-5071

**Bell, Deborah H** ............... (662) 915-6867
University of MS
426 S Lamar Blvd Ste 18
Law Center
University, MS 38677
Fax: (662) 915-6842
Email: dbell@olemiss.edu

**Bell, James D** ................. (601) 981-9221
Bell & Assoc
318 S State St
Jackson, MS 39201
Fax: (601) 981-9958
Email: jbell@bfglaw.com

**Bell, Jefferson C** ............. (601) 582-5011
Office of Chapter 13 Trustee
P O Box 566
Hattiesburg, MS 39403-0566
Fax: (601) 584-9451

**Bell, Lewis W** ................. (601) 965-1900
Watkins & Eager
400 E Capitol St Ste 300
P O Box 650
Jackson, MS 39205-0650
Fax: (601) 965-1901
Email: lbell@watkinseager.com

**Bell, Lori M** .................. (662) 335-8203
North MS Rural Legal Services
159 N Hinds
P O Box 507
Greenville, MS 38702
Email: lorimbell@yahoo.com

**Bell, Warren Barksdale** ........ (662) 846-1716
Westerfield & Janoush
307 Cotton Row Ste 1
P O Box 1448
Cleveland, MS 38732
Fax: (662) 846-7134
Email: wbell@wesjan.com

**Bell, William Charles** ......... (601) 956-0360
Attorney at Law
406 Orchard Pk
P O Box 1876
Ridgeland, MS 39158-1876
Fax: (601) 978-1770
Email: wcbellaw@aol.com

**Bellan, John A Jr** ............. (601) 366-3236
Attorney at Law
3936 Kings Hwy
Jackson, MS 39216-3327
Email: jalexbellan@msn.com

**Belue, James Travis** ........... (662) 438-7244
Attorney at Law
1261 Main St
P O Box 553
Tishomingo, MS 38873
Fax: (662) 438-8107
Email: belue@frontiernet.net

**Belway, Shakti** ................ (601) 352-2269
MS Center for Justice
736 N Congress St
P O Box 1023
Jackson, MS 39215-1023
Fax: (601) 352-4769
Email: sbelway@mscenterforjustice.org

**Benefield, Christine Kelly** ..... (409) 766-6845
CRCP CLU FLMI AIRC Compliance Atty
American National Insurance Co
One Moody Plaza
Galveston, TX 77550-7999
Fax: (281) 334-8115

**Benit, Keith M** ................ (504) 585-7582
Chaffe McCall Phillips Toler & Sarpy
1100 Poydras St Ste 2300
New Orleans, LA 70163-2300
Fax: (504) 544-6040
Email: benit@chaffe.com

**Benjamin, Gerianne** ............ (901) 495-8892
AutoZone Inc
123 S Front St
P O Box 2198
Memphis, TN 38101
Fax: (901) 495-8969
Email: geri.benjamin@autozone.com

**Benner, Deborah L** ............. (601) 876-2191
MS Dept of Human Services Child
Support Enforcement
901 Union Rd
Tylertown, MS 39667
Fax: (601) 876-3262

**Bennett, Christopher B** .........
US Air Force
170 Baucom Ave
Riverside, CA 92518
Email: rebeljag@hotmail.com

**Bennett, Heather Farris** ....... (601) 351-2089
W G Yates & Sons Construction Co
500 Greymont Ave Ste A
Jackson, MS 39202
Fax: (601) 354-7965
Email: hfbennett@gmail.com

**Bennett, Kristy L** ............. (601) 354-3408
ACLU of MS
964 N Jefferson St
P O Box 2242
Jackson, MS 39225-2242
Fax: (601) 355-6465
Email: kbennett@msaclu.org

**Bennett, L Grant** .............. (601) 544-6770
Gunn & Hicks
804 W Pine St
P O Box 1588
Hattiesburg, MS 39403-1588
Fax: (601) 544-6775
Email: grant@gunnandhicks.com

**Bennett, Marshall G Jr** ........ (212) 451-9602
Wolf Popper
845 Third Ave 12th Flr
New York, NY 10022
Fax: (212) 486-2093
Email: mbennett@wolfpopper.com

**Bennett, Patricia W** ........... (601) 925-7154
MS College School of Law
151 E Griffith St
Jackson, MS 39201-1391
Fax: (601) 925-7113
Email: pbennett@mc.edu

**Bennett, Richard G** ............ (662) 456-3794
Attorney at Law
112 W Washington St
Houston, MS 38851-2226
Fax: (662) 456-3794
Email: bennettattorney@midsouth.com

**Bennett, Richard T** ............ (601) 944-0466
Bennett Lotterhos Sulser & Wilson
188 E Capitol St Ste 1400
P O Box 98
Jackson, MS 39205-0098
Fax: (601) 944-0467
Email: rbennett@blswlaw.com

**Bennett, Richard Todd** ......... (662) 456-3794
Bennett & Bennett Law Firm LLP
112 W Washington St
Houston, MS 38851-2226
Fax: (662) 456-3794
Email: teddyb52@hotmail.com

**Bennett, Warren Rost III** ......
Attorney at Law
100 Peaceful Pond Cove
Clinton, MS 39056
Email: wbennett3@hotmail.com

**Benson, Carolyn Roberts** ....... (662) 862-4039
Attorney at Law
110 W Main St
P O Box 788
Fulton, MS 38843-0788
Fax: (662) 862-2777

**Bentley, Michael James** ........ (601) 948-8000
Bradley Arant Rose & White
188 E Capitol St Ste 450
P O Box 1789
Jackson, MS 39215
Fax: (601) 948-3000
Email: mbentley@bradleyarant.com

**Benton, Betty M** ............... (601) 208-6368
Trustmark Natl Bank
248 E Capitol St Ste 733
P O Box 291
Jackson, MS 39205-0291
Fax: (601) 208-6424
Email: bbenton@trustmark.com

**Benton, Paul Therell** .......... (228) 432-0305
Attorney at Law
181 Main St
P O Box 1341
Biloxi, MS 39533-1341
Fax: (228) 432-0336
Email: ptbenton@bellsouth.net

**Benton, Richard Barry** ......... (706) 629-0641
Attorney at Law
396 Switch Rd
P O Box 1444
Calhoun, GA 30703-1444
Fax: (706) 602-8231
Email: b2@b2lawonline.com

**Benvenutti, Clement Stephen** ... (228) 467-0744
Attorney at Law
831 Hwy 90
P O Box 2718
Bay St Louis, MS 39521
Fax: (228) 467-0317
Email: steve@benvenuttilaw.com

**Berger, Michael P** ............. (601) 855-8050
Nissan North America Legal Dept
300 Nissan Dr
Canton, MS 39046
Fax: (601) 855-8055
Email: mike.berger@nmm.nissan-usa.com

**Bergin, John G Jr** ............. (812) 477-8743
Attorney at Law
314 Plaza
Evansville, IN 47715-3517
Fax: (812) 473-0188
Email: bergin@att.net

**Bergin, Patrick T** ............. (228) 575-3040
Butler Snow O'Mara Stevens & Cannada
1300 25th Ave Ste 204
P O Drawer 4248
Gulfport, MS 39502-4548
Fax: (228) 868-1531
Email: patrick.bergin@butlersnow.com

```
route: Phyllis Carlin                              CCF PRINT         printed: 10-05-05  5:17 PM
SF Fire              curr date: 10-05-05           rep: HRFE Collier, Bucky X4750
insured                  tax id:                   yr blt      tran       cnty        yr iss
SIMONS, JEFFREY L & AUDREY L                       2004         NB         024         2004
22908 SYLVAN ST                                    stat rpt unit   sec    unit        team
WOODLAND HLS CA          913671626                      40         F       BQ           A
                                                   agt                serv agt
                                                   1240-24
                                                   agt name    (E G    )      agt phone #
     Home:              Work:                      WARREN JR, E G           228-864-2060
     Cell:              Home:                                claim history         RCB
claim number         policy number       ro        cat number    date of loss  col cmt  PD
24-Z446-058          99-CE-5131-6        09

         eff date: 02-13-05    exp date: 02-13-06
               cancel/expiration
    cov cease dt:            cancel dt:
    reinstate dt:                                    stories:
date of loss  cat sev unit    deduct                 assign date:
08-30-05  PL   1    BQ90    A-2000
                                                     reins:
                                                                    x-ref policy


location




                                                    forms         title
                                                    FP 81033      SPECIAL FORM 3
                                                    FE 7540       DEBRIS REMOVAL ENDORSEMENT
                                                    FE 5722       FUNGUS (INCLUDING MOLD) EXCL
MORTGAGEE:                                          FE 8321       MULTIPLE LOCATIONS ENDORSEMENT
HOMECOMINGS FINANCIAL NETWORK ITS
  SUCCESSORS AND/OR ASSIGNS


    policy type: RENTAL DWELL 3
                       limits
      pace: P 172.6#   LOS RENT   ACTUAL
        iv: 00         COV. B      16065
    co-ins:            LIAB       300000
                       MPC/PER      1000
                       MPC/OCC
                       GEN AGG    600000
line   flmp class    # UPDATED        risk   facts
          scspta     cov amount     amount   UNITS DAMAGED EXTENSIVELY
 001    RD  353       109,456      107,100
 002    RD  353       109,456      107,100
 003    RD  353       109,456      107,100   SIMONS, JEFFREY L & AUDREY L
                                             22908 SYLVAN ST
                                             WOODLAND HLS CA      913671626



24-Z446-058           24-Z446-058


24-Z446-058
```



EXHIBIT "B"

BX0014-001930

```
                                    RBZ0003N                          page:    12
                                    date: 12-22-08
```

RE
Claim number
4-Z446-058

## CAUSE OF LOSS

### Named Insured(s)

\* denotes forced coverage
@ denotes different deductible

| injured:<br>COL/Ln | comment code | status | | reserves |
|---|---|---|---|---|
| 35/001 | WN | Paid | 04-11-06 | 0 |
| 67/001 |  | Paid | 01-27-06 | 0 |
| 67/002 |  | Paid | 01-27-06 | 0 |
| 67/003 |  | Paid | 01-27-06 | 0 |

## TOTAL RESERVES

### COL/Ln 35/001

|  | status |  | reserves | indemnity paid |
|---|---|---|---|---|
| total: | Paid | 04-11-06 | 0 | 6,774.85 |
| Named Insured(s) | Paid | 04-11-06 | 0 | 6,774.85 |

### COL/Ln 67/001

|  | status |  | reserves | indemnity paid |
|---|---|---|---|---|
| total: | Paid | 01-27-06 | 0 | 5,071.66 |
| Named Insured(s) | Paid | 01-27-06 | 0 | 5,071.66 |

### COL/Ln 67/002

|  | status |  | reserves | indemnity paid |
|---|---|---|---|---|
| total: | Paid | 01-27-06 | 0 | 5,171.67 |
| Named Insured(s) | Paid | 01-27-06 | 0 | 5,171.67 |

### COL/Ln 67/003

|  | status |  | reserves | indemnity paid |
|---|---|---|---|---|
| total: | Paid | 01-27-06 | 0 | 5,170.67 |
| Named Insured(s) | Paid | 01-27-06 | 0 | 5,170.67 |

## PAYMENTS

C denotes consolidated payment
E denotes EFT payment

| | payment number | payee | total amount | issued | status |
|---|---|---|---|---|---|
|  | 109272672J | JEFFREY L. SIMONS & AUDR | 6,774.85 | 04-11-06 | PAID |
|  | 109271882J | SIBLEY GROUP, LTD | 2,400.25 | 04-03-06 | PAID |
|  | 109360041J | JEFFREY L. SIMONS & AUDR | 2,569.00 | 03-09-06 | PAID |
|  | 109459646J | JEFFREY L. SIMONS & AUDR | 6,774.85 | 03-03-06 | STOP |
|  | 109455535J | JEFFREY L. SIMONS & AUDR | 12,845.00 | 01-27-06 | PAID |
| E | 109097798K | PILOT CATASTROPHE SERVIC | 172.00 | 10-05-05 | PAID |