UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JEFFERY L. SIMONS and
AUDREY SIMONS                                                           PLAINTIFFS

v.                                               CIVIL ACTION NO.: 1:09-cv-172HSO-RHW

STATE FARM FIRE &
CASUALTY COMPANY                                                        DEFENDANT

## RULE 41(a) STIPULATION OF VOLUNTARY DISMISSAL

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Jeffery L. Simons and Audrey Simons, and Defendant, State Farm Fire and Casualty Company ("State Farm"), in its capacity as a Write Your Own ("WYO") Program carrier, who each and all do hereby stipulate and agree that this matter has been amicably resolved as to State Farm in its capacity as a WYO Program carrier, and that the above referenced cause may be dismissed with prejudice as to State Farm in its capacity as a WYO Program carrier, specifically reserving their rights against State Farm in its private capacity as a Wind carrier, with each party hereto to bear its own costs and expenses.

WHEREFORE, the parties pray that this Court issue an order dismissing this case with prejudice as to State Farm in its capacity as a WYO Program carrier, specifically reserving their

rights against State Farm in its private capacity as a Wind carrier, and with each party to bear its own costs and expenses.

Dated: March 29th, 2010.

**SUBMITTED AND APPROVED:**

PLAINTIFFS: JEFFERY SIMONS and AUDREY SIMONS

*[signature]*

Blewett W. Thomas
Blewett Williams Thomas, Attorney at Law
P. O. Box 7706
Gulfport , MS 39506
P: (228) 863-4800
Email: BlewettThomas@mac.com

AND

**DEFENDANT: STATE FARM FIRE AND CASUALTY COMPANY**
(In its capacity as a WYO Program carrier)

*[signature]*

Kristie Luke Mouney, #29958
Gerald J. Nielsen, (T.A.) #17078
Kim Tran Britt. #24896
NIELSEN LAW FIRM, LLC
3838 North Causeway Blvd., Suite 2850
Metairie, Louisiana 70002
P: (504) 837-2500; F: (504) 832-9165

2